AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br> Plaintiff, )<br>  )<br>v. )<br>  )<br>OLD SAVANNAH FARMS, LLC, DONNIE F. )<br>BAREFOOT, JASON R. BAREFOOT, ASHLEY W. )<br>BAREFOOT, and STANLEY N. BAREFOOT, )<br>  )<br> Defendants. ) | **JUDGMENT**<br>**CASE NO. 5:12-CV-692-D** |

**Decision by the Court:**

 IT IS ORDERED AND ADJUDGED that the Plaintiff United States of America's Motion for Summary Judgment [D.E. 13] is GRANTED. Accordingly, the court enters judgment against the Defendants Old Savannah Farms, LLC, Donnie F. Barefoot, Jason R. Barefoot, Ashley W. Barefoot, and Stanley N. Barefoot in the amount of $251,888.36, plus interest accrued through August 16, 2013, in the amount of $7,189.71. The court also ORDERS the Defendants to assemble the collateral listed in the security interests, and ORDERS a judicial sale of the collateral.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**AUGUST 16, 2013**</u> WITH A COPY TO:

Seth Morgan Wood (via CM/ECF electronic notification)
Stephen Levi Beaman (via CM/ECF electronic notification)


<u>August 16, 2013</u>          JULIE A. RICHARDS, Clerk
Date            Eastern District of North Carolina

            <u>/s/ Debby Sawyer            </u>
            (By) Deputy Clerk

Raleigh, North Carolina